```
LUBNA K. JAHANGIRI, ESQ. (SBN 216736)
    lubna@thejlawgroup.com
BRINDA BELLUR (SBN 267493)
    brinda@thejlawgroup.com
RACHEL NORBY (SBN 326586)
    rachel@thejlawgroup.com
```
**JAHANGIRI LAW GROUP, APC**
210 Porter Drive, Suite 230
San Ramon, CA 94583
Telephone: (925) 574.0100
Facsimile: (925) 307.7086

Attorney for Defendant
**NOKWAL LLC, a California limited liability company**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRIAN WHITAKER**, <br><br> Plaintiff, <br><br> vs. <br><br> **NOKWAL LLC, a California Limited Liability Company,** <br><br> Defendant. | CASE NO. **3:21-cv-00803-VC** <br><br> *Case reassigned to Judge Vince Chhabria for all purposes* <br><br> **ORDER IN RE STIPULATION TO SET ASIDE DEFAULT** <br><br> Complaint Filed: 02/02/2021 |

## ORDER

Based upon the stipulation above, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

A. The default entered against Defendant NOKWAL LLC is hereby set aside; and

B. Within thirty (30) days of entry of this order, Defendant NOKWAL LLC shall file and serve a responsive pleading to Plaintiff's Complaint, unless settlement

---
Case No: 3:21-cv-00803-VC                      1
ORDER IN RE STIPULATION TO SET ASIDE DEFAULT

1 | has been reached.

2 | The Application for Stay and Early Evaluation at Dkt. No. 14 is terminated now that the defendant has counsel.

4 | DATE: April 5, 2021

IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2021, I served **PROPOSED ORDER IN RE STIPULATION TO SET ASIDE DEFAULT** on the following parties through their attorneys via the Court's ECF filing system:

Amanda Lockhart Seabock                Attorney for Plaintiff
Center for Disability Access
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Tel: (858) 375-7385
Fax: (888) 42205191
Email: amandas@potterhandy.com

                              /s/
                              RACHEL NORBY